UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                          CASE NO.: 12-28948-BKC-LMI
                                                                                Chapter 7
**ANA MARIA YUMISEVA**
SSN# XXXX-XX-5215

_____Debtor._____/

### SMART SPACE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**Any interested Party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

Smart Space Management LLC ("Smart Space"), by and through undersigned counsel, files this Motion for Relief from the Automatic Stay, pursuant to 11 U.S.C. §362(d), to take any and all steps necessary to remove or evict the Debtor from the Premises, as hereinafter defined, and to reclaim possession of the Premises, and as grounds therefore states as follows:

1. On December 1, 2011, Smart Space entered into Smart Space Service Agreement (the "Agreement") with Ana Maria Yumiseva (doing business as Frecuencia), the Debtor, for the use of office space located at 1200 Brickell Avenue, Suite 1800, Miami, Florida 33131 (the "Premises"). A copy of the Agreement is attached hereto as **Exhibit "A".**

2. The Agreement provided for monthly base payment of $642.00, and expired by its terms on June 1, 2012.

1

3. The Debtor has continued to occupy the Premises by course of conduct on a month to month basis.

4. The Debtor ceased to comply with the Agreement, and as of the date hereof, owes a past due amount in excess of $2,139.15.

5. On or about August 6, 2012, the Debtor filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the U.S. Code (the "Bankruptcy Code").

6. Marcia Dunn was appointed the Chapter 7 Trustee.

7. By this Motion, Smart Space requests that the Court grant it relief from the automatic stay pursuant to 11 U.S.C. § 362 to take any and all steps necessary to remove or evict the Debtor from the Premises, and to reclaim possession of the Premises.

8. Section 362(d)(1) of the Bankruptcy Code provides that the court shall grant a party in interest relief from the automatic stay "for cause".  Here, cause exists to grant Smart Space relief from the automatic stay.  Initially, the Agreement expired prior to the Petition Date, and thus neither the Debtor nor the bankruptcy estate has any interest in the Premises or the Agreement.  Furthermore, to the extent the Debtor was entitled to occupy the Premises on a month to month basis after the Agreement expired by its terms, she is past due on her payment obligations.

9. In addition, section 362(d)(2) provides that the court shall grant a party in interest relief from the automatic stay with respect to a stay of an act against property, if (a) the debtor does not have an equity in such property, and (b) such property is not necessary to an effective reorganization.  Assuming the Debtor did have an interest in the Premises as of the Petition Date, there is no equity in the property.  Furthermore,

because this is a Chapter 7 case, by definition, the Premises are not necessary to an effective reorganization.

10. The undersigned has spoken to the Trustee, who does not have an objection to the relief sought by this Motion.

**WHEREFORE**, Smart Space seeks relief from the automatic stay to take any and all steps necessary to remove or evict the Debtor from the Premises, and to reclaim possession of the Premises, and for such other and further relief as the Court deems proper and just.

Respectfully Submitted,

/s/     Allen P. Pegg

Allen P. Pegg, Esquire
Fla. Bar No.: 597821
Email: apegg@mwbm.com
Murai Wald Biondo & Moreno P.A.
1200 Ponce de Leon Boulevard
Coral Gables, Florida 33131
Tel:  (305) 444-0101
Fax:  (305) 444-0174

Benjamin Wolkov, Esquire
Fla. Bar No.: 466379
Email: bwolkov@monterowolkov.com
Montero Wolkov LLP
1441 Brickell Avenue, 15th Floor
Miami, FL  33131
Tel:  (305) 297-1878
Fax:  (888) 788-2341

Attorneys for Smart Space
Management LLC

**CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel or parties of record on the Service List below by e-mail and U.S. mail.

/s/     Allen P. Pegg
For Murai Wald Moreno & Biondo P.A.

## SERVICE LIST

Ana Maria Yumiseva
6001 SW 70 St #655
Miami, Florida 33143

Marcia Dunn, Trustee
Marcia T. Dunn, P.A
555 N.E. 15th Street, Suite 7712
Miami, Florida  33132