UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                CASE NO.:  12-28948-BKC-LMI
                                                      Chapter 7

**ANA MARIA YUMISEVA**
SSN: XXX-XX-5215
_____Debtor_____/

### TRUSTEE, MARCIA T. DUNN'S OBJECTION TO DEBTOR'S SCHEDULED VALUATION AND CLAIMED <u>EXEMPTION OF SCHEDULED PROPERTY</u>

Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Ana Maria Yumiseva (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 522 and 541, and Federal Rule of Bankruptcy Procedure 4003, files this Objection to Debtor's Scheduled Valuation and Claimed Exemption of Scheduled Property (the "Objection"), and in support thereof, states as follows:

1.      This case commenced as a Chapter 7 proceeding on August 6, 2012.

2.      The § 341 Meeting of Creditors was scheduled and held on September 11, 2012.

3.      Accordingly, the last day for the Trustee to object to the Debtor's claimed exemptions is October 11, 2012.

4.      The Trustee objects to the scheduled valuation and claimed exemption of all property, claimed as exempt by the Debtor to the extent that the actual Petition Date fair market value of said property, when combined with the Debtor(s)' other non-exempt assets, causes the Debtor to exceed the available $5,000.00 per person personal property exemption, and the $1,000.00 per person vehicle exemption under Florida law, or to the extent that any claimed exempt property was converted from non-exempt assets in derogation of Fla. Stat. 222.29 and 222.30, and any other applicable law.

5.      The non-exempt property, if any, is property of the Estate pursuant to 11 U.S.C. § 541.

**WHEREFORE**, Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Ana Maria Yumiseva, respectfully requests this Honorable Court enter an Order (1) sustaining the instant Objection, and (2) granting such other and further relief this Court deems just and proper.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on October 11, 2012, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Ana Maria Yumiseva
6001 SW 70 Street, #655
Miami, FL 33143

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Trustee, Marcia T. Dunn
One Flagler Building
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
E-mail: jtabas@tabasfreedman.com